THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Michael E. Davison, Appellant,
 v.
 South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal From Administrative Law Court
  Ralph K. Anderson, III, Administrative
Law Court Judge

Unpublished Opinion No.  2010-UP-429
 Submitted October 1, 2010  Filed October
11, 2010

AFFIRMED

 
 
 
 Michael E. Davison, pro se, for Appellant.
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM: Michael E. Davison appeals the Administrative Law Court's (ALC) summary
 dismissal of his inmate grievance appeal, alleging the ALC erred in determining
 his allegations did not implicate a state-created liberty interest.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority: Slezak v.
 S.C. Dep't of Corrs., 361 S.C. 327, 331, 605 S.E.2d 506, 508 (2004)
 (finding summary dismissal is "appropriate where the inmate's grievance
 does not implicate a state-created liberty or property interest").
AFFIRMED.
SHORT,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.  Because Davison's grievance does not implicate a
 state-created liberty or property interest, we need not reach his remaining
 arguments.  See Futch v. McAllister Towing of Georgetown, Inc.,
 335 S.C. 598, 613, 518 S.E.2d 591, 598 (1999) (finding
 an appellate court need not discuss remaining issues when disposition of prior
 issue is dispositive).